Appeal No. 10-15141-F

IN THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

TIE QIAN, M.D.,

    Plaintiff/Appellant,

vs.

ERIC K. SHINSEKI, Secretary,
Department of Veterans Affairs,

    Defendant/Appellee.



On Appeal from the United States District Court for the
Southern District of Florida

**APPELLANT'S COUNSELS' UNOPPOSED MOTION TO WITHDRAW**

KEITH E. HOPE
The Hope Law Firm, P.A.
4825 Tradewinds Dr.
Gulfport, FL 33711
(727) 954-8559

SUSAN W. FOX, ESQ.
Florida Bar No. 241547
FOX & LOQUASTO, P.A.
1604 S. Bumby Ave. - Suite B
Orlando, FL 32806
Ph: (407) 802-2858
Fax (407) 802-2859

Attorneys for Appellant

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

BERROCAL, MARY individually

BERROCAL, as Director Miami VA Medical Center

FOX, SUSAN W., individually

FOX, SUSAN W, as Attorney for APPELLANT

GOLDSTEIN, STUART, individually

GOLDSTEIN, STUART, as Attorney at Goldstein & Sordo

GREENLEAF, KIMBERLY as Administrative Judge for EEOC

HAGENLICKER, MD, BRIAN individually

HAGENLICKER, MD, BRIAN as Chair of Special Professional Standard Board

HOPE, KEITH individually

HOPE, KEITH as attorney for APPELLANT

HUCK, PAUL individually

HUCK, PAUL as Judge for the Southern District of Florida

MAGALIAN, PAUL individually

MAGALIAN, PAUL as Acting Director Miami VA Medical Center

MARTINEZ-ARIZALA, ALBERTO, MD, individually

MARTINEZ-ARIZALA, ALBERTO, MD, Chief SCI Service Miami VA Medical Center

MULCAHY, KAREN individually

MULCAHY, KAREN Attorney for U.S. Department of Veterans Affairs

O'SULLIVAN, JOHN individually

O'SULLIVAN, JOHN as Magistrate Judge for the Southern District of Florida

QIAN, TIE, MD, individually

QIAN, TIE, MD, as APPELLANT

NATIONAL PRACTITIONER DATA BANK

SHINSEKI, ERIC K. individually

SHINSEKI, ERIC K., as Appellee, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS

TOLCHIN, RONALD, DO, individually

TOLCHIN, RONALD, DO, as Chair of Management Review Team

VARA, JOHN, MD, individually

VARA, JOHN, MD, as Chief of Staff Miami VA Medical Center

WHERRY, KARIN individually

WHERRY, KARIN as United States Attorney

Pursuant to 11th Circuit Rule 27-1(c)(2), undersigned co-counsel for Appellant Tie Qian, ("Counsel"), move to withdraw as counsel for Mr. Qian, upon the following grounds.

1. Due to differences of opinion between Counsel and Mr. Qian concerning the writing of the Appellant's Brief, Mr. Qian discharged Counsel on January 25, 2011.

2. Counsel have informed Mr. Qian that currently, the deadline for filing Appellant's Brief is February 7, 2011. Counsel have provided today via email to Mr. Qian, a copy of the draft brief they have prepared so far and also are sending him by Federal Express, copies of the cases Counsel printed out in connection with their research for the brief.

3. Mr. Qian informed Counsel that he will attempt to find substitute appellate counsel to file an appearance and prepare and file Appellant's Brief, and that if he is unsuccessful in doing so, he intends to file the brief pro se. Mr. Qian represented himself in the district court pro se.

4. Under these circumstances, Counsel have informed Mr. Qian that either he or substitute counsel could request from the Clerk and Court, additional time for the filing of Appellant's Brief and Record Excerpts.

5. Undersigned counsel have consulted with Assistant U.S. Attorney, Karin Wherry, Counsel for Appellee, who has authorized us to represent to the

Court that she has no opposition to this motion.

WHEREFORE, Counsel pray that this Honorable Court will grant their motion to withdraw as co-counsel for Appellant Tie Qian.

Respectfully submitted,

_____  
Keith E. Hope  
The Hope Law Firm, P.A.  
4825 Tradewinds Dr.  
Gulfport, FL 33711  
(727) 954-8559

_____  
Susan W. Fox  
Fox & Loquasto, P.A.  
1604 S. Bumby Ave.; Ste. B  
Orlando, FL 32806  
(404) 802-2858

*Counsel for Appellant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished, by Federal Express for overnight/am delivery, to Karin Wherry, United States Attorney's Office, 99 NE 4th Ave, Suite 300, Miami, FL 33132; Dr. Tie Qian, 8890 West Oakland Park Blvd.; Suite 302, Sunrise, FL, 33351, this 25th day of January, 2011.

_____